UNITED STATES of America,
Plaintiff–Appellee,

v.

Sherard W. HENDERSON,
Defendant–Appellant.

No. 12–30003.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 21, 2012.

Aine Ahmed, Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Matthew Campbell, Assistant Federal Public Defender, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Sherard W. Henderson appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Henderson contends that the district court abused its discretion by denying his motion to reduce his sentence. He asserts that, by denying the motion on the basis of his criminal history, the district court improperly double counted his criminal history. Contrary to Henderson's contention, the district court properly denied his motion based on public safety considerations. *See* U.S.S.G. § 1B1.10 cmt. n. 1(B)(ii); *United States v. Lightfoot,* 626 F.3d 1092, 1096 (9th Cir.2010).

**AFFIRMED.**

---

See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.